FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 03 2004

at 2 o'clock and 30 min. P M.
WALTER A.Y.H. CHINN, CLERK

EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON        #4532
Assistant U.S. Attorney

WES REBER PORTER         #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:      541-2850
facsimile:      541-2958
e-mail:         wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. CR04-00417 DAE |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | |
| EDWARD KEKAHUNA JR., ) a.k.a. EDWARD KEKAUHUNA JR. ) | [18 U.S.C. § 922(g)(1)] |
| Defendant. ) | |

**I N D I C T M E N T**
(felon in possession of a firearm and ammunition)

The Grand Jury charges that:

On or about May 17, 2004, in the District of Hawaii, defendant EDWARD KEKAHUNA JR., a.k.a. EDWARD KEKAUHUNA JR., having been convicted of crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting

commerce a firearm, to wit: a Glock, Model 19, caliber 9mm semiautomatic pistol bearing Serial Number LW506US, and ammunition, to wit: ten (10) caliber 9mm cartridges.

All in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

DATED: November 3, 2004 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crimes

_____
WES REBER PORTER
Assistant U.S. Attorney