

# ORIGINAL

PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

MICHAEL A. WEIGHT  #876
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:  fpdhi@hotmail.com

Attorney for Defendant
EDWARD KEKAHUNA, JR.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 0 2005

at 3 o'clock and 19 min. P.M.
SUE BEITIA, CLERK

**LODGED**

DEC 1 2 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00417 RMT DAE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) CONTINUE SENTENCING DATE |
| vs. | ) |
| | ) |
| EDWARD KEKAHUNA, JR., | ) New Date:  April 13, 2006 |
| | ) New Time:  1:30 p.m. |
| Defendant. | ) Judge:  David A. Ezra |
| | ) |

### STIPULATION AND ORDER TO CONTINUE SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that Defendant EDWARD KEKAHUNA, JR.'s sentencing which was

previously scheduled for November 7, 2005, at 10:00 a.m. before Judge Robert M. Takasugi be and is hereby continued to April 13, 2006, at 1:30 p.m. before Judge David A. Ezra.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, December 9, 2005.

MICHAEL A. WEIGHT
Attorney for Defendant
EDWARD KEKAHUNA, JR.

WES REBER PORTER
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, DEC 2 0 2005.

The Honorable DAVID A. EZRA
United States District Judge
District of Hawaii

UNITED STATES v. EDWARD KEKAHUNA, JR.
CR. NO. 04-00417 RMT
STIPULATION AND ORDER TO CONTINUE SENTENCING DATE

2