IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR04-00417RMT |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | Order |
| vs. | ) | |
| | ) | |
| Edward Kekahuna, Jr., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 9 2005

at 12 o'clock and 02 min. P M
SUE BEITIA, CLERK

## ORDER RE-ASSIGNING CASE

Good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled case originally assigned to the Honorable Robert M. Takasugi is reassigned to the Honorable David Alan Ezra.

DATED at Honolulu, Hawaii on  DEC 2 9 2005                .

Helen Gillmor
Chief, United States District Judge

cc: